J. B. PEACOCK AND C. H. HARGRAVES, APPELLANTS, v. D. H. IRVINE, ADMINISTRATOR OF THE ESTATE OF J. L. FEASTER, DECEASED, et al., APPELLEES.

When the facts relied on in a bill for injunction against a common law action are available as a defense to the action, an injunction is properly refused.

This case was decided by the court En Banc.

Appeal from the Circuit Court for Marion County.

The facts in the case are stated in the opinion of the court.

*William Hocker* and *R. B. Bullock,* for Appellants;

*R. L. Anderson* and *R. A. Burford,* for Appellees.

PER CURIAM : The only material distinction between this case and the kindred case of Peacock & Hargraves v. Feaster, *et al.,* decided at this term is in the fact that the latter had gone into judgment while in this final judgment had not been entered in the action of trover.

Upon a review of the opinion then filed it will be readily observed that the distinction creates no difference in principle. It was there held that the facts relied on in the bill for injunction were available as a legal defense to the common law action upon proper pleadings and that there was no occasion to resort to equity to obtain the relief.

We cannot hold the Circuit Court in error in refusing a temporary injunction upon this bill and the answer, and the interlocutory decree is, therefore, affirmed.

SHACKLEFORD, C. J., TAYLOR, COCKRELL, WHITFIELD and PARKHILL, J. J., concur;

HOCKER, J., disqualified.